**Order entered December 3, 2020**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01436-CR

### SHAWN RYAN BLANKINSHIP, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1
Rockwall County, Texas
Trial Court Cause No. CR17-0584**

### ORDER

Before the Court is appellant's December 2, 2020 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on January 14, 2021. The failure to file a brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    CORY L. CARLYLE
         JUSTICE